**R. W. RICHARDSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27673.**

Court of Criminal Appeals of Texas.

June 22, 1955.

W. G. Abbott, Midland, for appellant.

Hulon B. Brown, County Atty., John R. Culver, City Atty., Midland, Leon Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

This is an appeal from a conviction for a violation of a city ordinance regulating the parking of motor vehicles, and the punishment assessed is a fine of $1.

This is a companion case to that of Richardson v. State, Tex.Cr.App., 280 S.W. 2d 752.

Upon the authority of that case, the present appeal is dismissed.

Opinion approved by the court.

**R. W. RICHARDSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27674.**

Court of Criminal Appeals of Texas.

June 22, 1955.

W. G. Abbott, Midland, for appellant.

Hulon B. Brown, County Atty., John R. Culver, City Atty., Midland, Leon Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

The conviction is for a violation of a city ordinance regulating the parking of motor vehicles, and the punishment assessed is a fine of $5.

This is a companion case to that of Richardson v. State, Tex.Cr.App., 280 S.W. 2d 752.

For the reason stated in the opinion in that case, the appeal in the present instance is dismissed.

Opinion approved by the court.